IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CHARLES RAY LUTTRELL,
Reg #22154-045                                                                          PLAINTIFF

v.                              No. 2:11-cv-97-DPM-BD

T.C. OUTLAW, Warden                                                                  DEFENDANT

ORDER

The Court has considered Magistrate Judge Beth Deere's Partial Recommended Disposition, *Document No. 40*, and Luttrell's objections, *Document No. 47*. On *de novo* review, FED. R. CIV. P. 72(b)(3), the Court adopts Judge Deere's recommendation with two additional observations. First, notwithstanding the information in Luttrell's additional filings, he has not shown irreparable harm in his current circumstances: for example, he has gotten medication for his stomach problems and been seen by a gastroenterologist. *Document No. 49, at 2*. Second, Luttrell has not made a sufficient showing about likely future harm resulting from unremedied current conditions to justify the extraordinary step of injunctive relief. *Helling v. McKinney*, 509 U.S. 25, 32–35 (1993); *Larson v. Kempker*, 414 F.3d 936, 940 (8th

Cir. 2005).

Judge Deere's Partial Recommended Disposition, *Document No. 40*, is adopted as supplemented. Motions, *Document Nos. 9, 10, 13, 18 & 33*, denied. The Clerk is directed to file Luttrell's objection, *Document No. 17*, as his amended complaint.

So Ordered.

*signature*
_____
D.P. Marshall Jr.
United States District Judge

_____12 October 2011_____