IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CHARLES RAY LUTTRELL,
Reg #22154-045                                                                                   PLAINTIFF

v.                                         No. 2:11-cv-97-DPM-BD

T.C. OUTLAW, Warden,
FCI – Forrest City                                                                              DEFENDANT

ORDER

The Court has considered Magistrate Judge Beth Deere's Partial Recommended Disposition, *Document No. 65*. Luttrell has not objected. After reviewing the proposal for clear factual error and for legal error, FED. R. CIV. P. 72(b)(3) (1983 addition to advisory committee notes), the Court adopts it in full. Motions, *Document Nos. 49 & 51*, denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

10 November 2011