IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**CHARLES RAY LUTTRELL,**                                                                 **PLAINTIFF**
**#22154-045**

V.                              CASE NO. 2:11CV00097 BD

**T.C. OUTLAW**                                                                            **DEFENDANT**

### JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 7th day of February, 2012.

_____
UNITED STATES MAGISTRATE JUDGE